# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 30 WM 2016 |
| | : | |
| Respondent | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| WILLIAM RAMSEY, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

 **AND NOW**, this 20th day of April, 2016, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.